IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SOFRANKO, on behalf of himself and all others similarly situated, Plaintiff, vs NORTHWESTERN MUTUAL LIFE INSURANCE CO., NORTHWESTERN MUTUAL FINANCIAL NETWORK; and DOES 1 through 10, inclusive, Defendants. | 2:06cv1657 Electronic Filing Judge Cercone Magistrate Judge Mitchell |

## MEMORANDUM ORDER

AND NOW, this 14th day of January, 2008, after the plaintiff filed a complaint in the above-captioned case, and after the defendants submitted a motion for summary judgment, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, as well as the defendants' response to those objections, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of the Court,

IT IS ORDERED that the defendants' motion for summary judgment (Document No. 25) is granted.

David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

Alfred G. Yates, Jr., Esquire
Gerald L. Rutledge, Esquire
Law Offices of Alfred G. Yates, Jr.
429 Forbes Avenue
519 Allegheny Building
Pittsburgh, PA 15219

Edward W. Ciolko, Esquire
Gerald D. Wells, III, Esquire
Mark K. Gyandoh, Esquire
Schiffrin & Barroway
280 King of Prussia Road
Radnor, PA 19087

Terrence H. Murphy, Esquire
Mark R. Hornak, Esquire
Gregory A. Miller, Esquire
Alan M. Pittler, Esquire
Buchanan Ingersoll
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219