IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SOFRANKO, on behalf of himself and all others similarly situated,<br>    Plaintiff,<br><br>vs<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE CO., NORTHWESTERN MUTUAL FINANCIAL NETWORK; and DOES 1 through 10, inclusive,<br>    Defendants. | 2:06cv1657<br>Electronic Filing<br><br>Judge Cercone<br>Magistrate Judge Mitchell |

## JUDGMENT ORDER

AND NOW, this \_\_\_\_14th\_\_\_\_ day of January, 2008,

IT IS ORDERED that the final judgment of this Court is entered in favor of the defendants and against plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                                                David Stewart Cercone
                                              United States District Judge

cc:     Honorable Robert C. Mitchell
        United States Magistrate Judge

        Alfred G. Yates, Jr., Esquire
        Gerald L. Rutledge, Esquire
        Law Offices of Alfred G. Yates, Jr.
        429 Forbes Avenue
        519 Allegheny Building
        Pittsburgh, PA 15219

Edward W. Ciolko, Esquire
Gerald D. Wells, III, Esquire
Mark K. Gyandoh, Esquire
Schiffrin & Barroway
280 King of Prussia Road
Radnor, PA 19087

Terrence H. Murphy, Esquire
Mark R. Hornak, Esquire
Gregory A. Miller, Esquire
Alan M. Pittler, Esquire
Buchanan Ingersoll
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219